ACCEPTED
03-15-00349-CV
6457372
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/12/2015 10:03:09 AM
JEFFREY D. KYLE
CLERK

**Jennifer S. Riggs**
*Certified in Administrative Law*
*Texas Board of Legal Specialization*
jriggs@r-alaw.com

**Jason Ray**
*Certified in Administrative Law*
*Texas Board of Legal Specialization*
jray@r-alaw.com

# RIGGS & RAY
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

506 WEST 14TH STREET, SUITE A
AUSTIN, TEXAS 78701
512 457-9806 TELEPHONE
512 457-9066 FACSIMILE

**Franklin Hopkins**
*Certified in Administrative Law*
*Texas Board of Legal Specialization*
fhopkins@r-alaw.com

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

8/12/2015 10:03:09 AM

JEFFREY D. KYLE
Clerk

August 12, 2015

Jeffrey D. Kyle, Clerk
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas  78711-2547

Re:     Court of Appeal No:         03-15-00349-CV
        Trial Court Case Number:    D-1-GV-14-001833

Style: *Shamrock Psychiatric, P.A. v Texas Department of Health and Human Services, Kyle Janek, MD, Executive Comm'r and Douglas Wilson, Inspector General*

Dear Mr. Kyle –

Please accept this letter as a Notice of Change of Address.  The firm of Riggs and Ray, P.C. has moved.  The new address is:

Riggs and Ray, P.C.
506 W. 14th Street, Suite A
Austin, TX  78701

Respectfully submitted,

Jason Ray
Bar No. 24000511
RIGGS & RAY, P.C.
506 West 14th Street, Suite A
Austin, TX  78701
512 457-9806 Phone
512 457-9066 FAX
jray@r-alaw.com

cc      Eugene A. Clayborn